United States District Court
Southern District of Texas
**ENTERED**
September 21, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID GARZA, # 01633521, | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 4:18-4387 |
| LORIE DAVIS, *et al.*, | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons stated in the memorandum opinion and order entered this day, summary judgment is granted for Defendants. All of Garza's claims are dismissed with prejudice.

The Clerk will provide a copy of this order to the parties and to counsel for *amicus curiae*.

SIGNED at Houston, Texas, this 21st day of September, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE